# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| LISA A. JANUARY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:16-CV-311 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. On November 29, 2017, Judge Hawthorn entered a report (Doc. No. 54) recommending the Court grant the Defendant's Motion for Summary Judgment (Doc. No. 48) and dismiss this case with prejudice. No objections have been filed to the magistrate judge's report.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 54) is **ADOPTED**, the Defendant's Motion for Summary Judgment (Doc. No. 48) is **GRANTED**, and the Plaintiff's claims are **DISMISSED** with prejudice. A final judgment will be entered separately.

**So Ordered and Signed**
**Jan 4, 2018**

_____
Ron Clark, United States District Judge